AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Winston Guzman <br><br> *Plaintiff(s)* <br> v. <br> THE CITY OF NEW YORK; NYPD OFFICER PAUL COZZOLINO; NYPD OFFICER DERRICK WRIGHT; NYPD SERGEANT JUDY DURAN; NYPD OFFICER JOVAN HALL; NYPD SERGEANT JOSE CORDERO; NYPD OFFICER JEAN SANTIAGO; NYPD OFFICER FRANK ANNUNZIATA; NYPD SERGEANT DINO VUCETOVIC; AND NYPD MEMBERS JOHN DOES 1-6 <br> *Defendant(s)* | Civil Action No. 25-cv-8908 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Regina Yu
Cohen & Green PLLC
1639 Centre St. Suite 216
Ridgewood, NY 11385
regina@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/28/2025

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*



**Summons Rider**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**City of New York**
New York City Law Department
100 Church St.
New York, NY 10007

**NYPD Officer Paul Cozzolino**
50th Precinct
3450 Kingsbridge Ave
Bronx, NY 10463

**NYPD Officer Derek Wright**
46th Precinct
2120 Ryer Ave
Bronx, NY 10457

**NYPD Sergeant Judy Duran**
Internal Affairs Bureau
1 Police Plaza Room 110a
New York, NY 10038

**NYPD Officer Jovan Hall**
50th Precinct
3450 Kingsbridge Ave
Bronx, NY 10463

**NYPD Sergeant Jose Cordero**
TARU Drone Team
1 Police Plaza Room 110a
New York, NY 10038

**NYPD Officer Jean Santiago**
46th Precinct
2120 Ryer Ave
Bronx, NY 10457

**NYPD Officer Frank Annunziata**
52nd Precinct
3016 Webster Ave
Bronx, NY 10467

**NYPD Sergeant Dino Vucetovic**
52nd Precinct
3016 Webster Ave
Bronx, NY 10467