**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
WINSTON GUZMAN,

|  |  |
|---|---|
| *Plaintiff*, | Case No. 25-cv-08908-LAK |
| v. | <u>AFFIRMATION OF SERVICE</u> |

CITY OF NEW YORK, et al.,

*Defendants.*
------------------------------------------------------------------------X

Regina Yu affirms under penalty of perjury and pursuant to CPLR 2106 as follows:

1. I am over 18 years of age and not a party to this action.

2. I am an attorney duly admitted to practice law before the Courts of the State of New York and represent Plaintiff in the above-captioned matter.

3. On November 28, 2025 I transmitted the following documents in the above matter to the New York City Law Department by e-mail at ServiceECF@law.nyc.gov for service on Defendant City of New York:

   a. Summons (ECF 5);
   b. Complaint (ECF 6);
   c. Hon. Kaplan's Individual Rules of Practice;
   d. SDNY ECF Rules and Instructions;
   e. Duly executed 160.50 authorizations for July 28, 2024 and October 25, 2025; and
   f. 3 signed HIPAA forms authorizing the release of Plaintiff's medical records.

I affirm this 28th day of November 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: Brooklyn, NY
        November 28, 2025

_____
REGINA YU