UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK    COUNTY OF

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>WINSTON GUZMAN<br>**Defendant / Respondent:**<br>THE CITY OF NEW YORK ET AL | **AFFIRMATION OF SERVICE**<br>Index No:<br>**25-CV-08908** |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, Dec 03 2025 AT 09:58 AM AT 140 58th Street Harbor , Brooklyn, NY 11220 deponent served the within Summons and Complaint with ecf rules and lak kaplan individual rules on POLICE OFFICER FRANK ANNUZIATA

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to SPAA Hannula a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 140 58th Street Harbor , Brooklyn, NY 11220, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, Dec 03 2025.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45    Ethnicity: Caucasian    Gender: Female    Weight: 180
Height: 5'7"    Hair: Brown    Eyes: Brown    Relationship: Co worker
Other

_signature_

Mitchell Raider
1450036

I affirm this 03 day of DECEMBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                                                          COUNTY OF

| Plaintiff / Petitioner: | AFFIRMATION OF SERVICE |
|---|---|
| WINSTON GUZMAN | Index No: |
| Defendant / Respondent: | 25-CV-08908 |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, Dec 03 2025 AT 11:13 AM AT ONE POLICE PLAZA, NEW YORK, NY 10038 deponent served the within Summons and Complaint with ecf rules and lak kaplan individual rules on SERGEANT JOSE CORDERO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Paa Lisanov a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, ONE POLICE PLAZA, NEW YORK, NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, Dec 03 2025.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 60 | Ethnicity: Middle Eastern | Gender: Male | Weight: 180 |
|---|---|---|---|
| Height: 5'8" | Hair: Gray | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Mitchell Raider
1450036

I affirm this 03 day of DECEMBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                                                                 COUNTY OF

| Plaintiff / Petitioner:<br>WINSTON GUZMAN<br>Defendant / Respondent:<br>THE CITY OF NEW YORK ET AL | AFFIRMATION OF SERVICE<br>Index No:<br>25-CV-08908 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, Dec 03 2025 AT 11:14 AM AT ONE POLICE PLAZA, NEW YORK, NY 10038 deponent served the within Summons and Complaint with ecf rules and lak kaplan individual rules on POLICE OFFICER JUDY DURAN

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Paa Lisanov a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, ONE POLICE PLAZA, NEW YORK, NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, Dec 03 2025.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| Age: 60 | Ethnicity: Middle Eastern | | Gender: Male | Weight: 180 |
| Height: 5'8" | Hair: Gray | Eyes: Brown | | Relationship: Co worker |
| Other | | | | |

Mitchell Raider
1450036

I affirm this 03 day of DECEMBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                    COUNTY OF

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>WINSTON GUZMAN<br>**Defendant / Respondent:**<br>THE CITY OF NEW YORK ET AL | **AFFIRMATION OF SERVICE**<br>Index No:<br>25-CV-08908 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, Dec 03 2025 AT 11:12 AM AT One police plaza , New York , NY 10038 deponent served the within Summons and Complaint with ecf rules and lak kaplan individual rules on Sergeant DINO VUCETOVIO

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Paa Lisanov a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, One police plaza , New York , NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, Dec 03 2025.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 60        Ethnicity: Middle Eastern            Gender: Male            Weight: 180
Height: 5'8"    Hair: Gray              Eyes: Brown              Relationship: Co worker
Other

*[signature]*

Mitchell Raider
1450036

I affirm this 03 day of DECEMBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK    COUNTY OF

**Plaintiff / Petitioner:**
WINSTON GUZMAN
**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**
Index No:
25-CV-08908

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Mon, Dec 01 2025 AT 11:30 AM AT 3450 Kingsbridge Avenue 50TH PCT, Bronx, NY 10463 deponent served the within Summons and Complaint with ecf rules and lak kaplan individual rules on POLICE OFFICER JOVAN HALL

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true-copy of each to POLICE OFFICER Rodriguez a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 3450 Kingsbridge Avenue 50TH PCT, Bronx, NY 10463, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Dec 01 2025.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40    Ethnicity: Hispanic    Gender: Male    Weight: 185
Height: 5'10"    Hair: Bald    Eyes: Brown    Relationship: Co worker
Other

Mitchell Raider
1450036

I affirm this 01 day of DECEMBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                COUNTY OF

**Plaintiff / Petitioner:**
WINSTON GUZMAN

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**

Index No:
25-CV-08908

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Mon, Dec 01 2025 AT 10:46 AM AT 2120 Ryer Avenue 46TH PCT, Bronx, NY 10457 deponent served the within Summons and Complaint with ecf rules and lak kaplan individual rules on POLICE OFFICER JEAN SANTIAGO

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to SPAA Cintron a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 2120 Ryer Avenue 46TH PCT, Bronx, NY 10457, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Dec 01 2025.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | |
|---|---|---|---|
| Age: 50 | Ethnicity: Hispanic | Gender: Female | Weight: 175 |
| Height: 5'4" | Hair: Black | Eyes: Brown | Relationship: Co worker |

Other

Mitchell Raider
1450036

I affirm this 01 day of DECEMBER, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.