UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

WINSTON GUZMAN,

                                                Plaintiff,       **NOTICE OF APPEARANCE**

        -v-

                                                               25-CV-8908 (LAK)

THE CITY OF NEW YORK; NYPD OFFICER PAUL COZZOLINO; NYPD OFFICER DERRICK WRIGHT; NYPD SERGEANT JUDY DURAN; NYPD OFFICER JOVAN HALL; NYPD SERGEANT JOSE CORDERO; NYPD OFFICER JEAN SANTIAGO; NYPD OFFICER FRANK ANNUNZIATA; NYPD SERGEANT DINO VUCETOVIC; AND NYPD MEMBERS JOHN DOES 1-6,

                                                Defendants.

------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that **YINI ZHANG**, Senior Counsel, hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendant City of New York. I certify that I am admitted to practice before this Court. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:    January 16, 2026
              New York, New York

                                        **MURIEL GOODE-TRUFANT**
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street, Room 3-178
                                        New York, NY 10007
                                        T: (212) 356-3541
                                        E: yinzhan@law.nyc.gov

                          By:    *s/ Yini Zhang*
                                        Yini Zhang
                                        *Senior Counsel*
                                        Special Federal Litigation Division

cc:     *Counsel of Record* **(BY ECF)**