

January 21, 2026

Hon. Lewis A. Kaplan, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

By Electronic Filing

Re: **Winston Guzman v. The City of New York, et al**, 25-cv-08908 (LAK)(KHP)

Your Honor:

My firm represents Plaintiff in the above-referenced case.

I write to request a 60-day extension of time within which to complete service of the initiating papers in this matter on the two individual defendants who have yet to be served. The remaining named defendants have all been served and proof of service has been uploaded to the docket.

This is the first request for such relief.

Defendant City of New York consents to this request.

The two individual defendants who have yet to be served, Paul Cozzolino and Derrick Wright, resigned from the NYPD, and we are diligently working with the City's attorney to determine an appropriate address for service.

For the reasons set forth above, Plaintiff requests a 60-day extension of time within which to complete service on Defendants Paul Cozzolino and Derrick Wright, from January 23, 2026 to March 24, 2026.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____
Regina Yu
Cohen&Green P.L.L.C.
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385