

**Steven Banks**
*Corporation Counsel*

THE CITY OF NEW YORK

LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NEW YORK 10007

Yini Zhang
Senior Counsel
yinzhan@law.nyc.gov
Phone: (212) 356-3541

February 17, 2026

**By ECF**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>Winston Guzman, et al., v. City of New York et al.,</u>
                25-CV-08908 (LAK)

Your Honor:

      I represent defendant City of New York (the "City) in the above-referenced matter. In that capacity, I write with the consent of plaintiff's counsel, Nayantara Bhushan, Esq., from Cohen&Green, PLLC, to respectfully request a fifty-nine-day enlargement of time from February 17, 2026, to and including April 17, 2026, within which defendant City may answer or otherwise respond to the Complaint. This is the first request for an enlargement of time.

      In the Complaint, plaintiff claim, *inter alia,* that he was subjected to false arrest and excessive force on July 28, 2024. In addition to the City of New York, plaintiff name Police Officers Paul Cozzolino, Derrick Wright, Judy Duran, Jovan Hall, Jose Cordero, Jean Santiago, Frank Annunziata, Dino Vucetovic, and unidentified police officers as defendants. Before we can adequately respond to the Complaint, we will need to conduct an investigation into the facts of the case. The City has received some, but not all, of the requested records from the underlying criminal case, including Police, Criminal Court and District Attorney's records. Accordingly, defendant City requires this enlargement so that this Office may obtain the underlying documentation, properly investigate the allegations of the Complaint and fulfill our obligations under Rule 11 of the Federal Rules of Civil Procedure.

      According to the civil docket sheet, the individuals identified in the caption of the Complaint as Judy Duran, Jovan Hall, Jose Cordero, Jean Santiago, Frank Annunziata, and Dino Vucetovic were served with the Summons and Complaint on or about December 3, 2025. This Office has not discussed with Officers Duran, Hall, Cordero, Santiago, Annunziata, and Vucetovic whether they have been served, and in the event they were served, we make no representation herein as to the adequacy of service upon him. As a result of the outstanding records, a decision concerning this Office's representation of Officers Duran, Hall, Cordero, Santiago, Annunziata, and Vucetovic has not yet been made, and accordingly, this request for an extension of time is not made on their

behalf. However, given the time involved in determining the representation of police officers, and in the interest of judicial economy, we would hope that the Court may, *sua sponte*, extend the time to answer on behalf of these officers. If service has been effectuated, pursuant to Section 50-k of the New York General Municipal Law, this Office must determine, based on a review of the case, whether we may represent these officers. Officers Duran, Hall, Cordero, Santiago, Annunziata, and Vucetovic must then decide whether they wishes to be represented by this Office. See Mercurio v. The City of New York, et al._,_ 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting Williams v. City of New York, et al., 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)). If so, we must obtain their written authorization. Only after this procedure has been followed can we determine how to proceed in this case.

Lastly, the undersigned sincerely apologizes to the Court that this request for an enlargement is not at least two-days prior to the scheduled matter pursuant to the Court's Individual Rules of Practice. The undersigned has been out of the office due to illness and only returned today.

In view of the foregoing, the City respectfully requests a fifty-nine-day enlargement of time from February 17, 2026 to and including April 17, 2026, within which defendant City may answer or otherwise respond to the Complaint.

        Respectfully submitted,

        /s/ *Yini Zhang*

        Yini Zhang
        Senior Counsel
        Special Federal Litigation Division

cc:    Counsels of Record (By ECF)