UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

WINSTON GUZMAN,

                                                    Plaintiff,

                    -v-

THE CITY OF NEW YORK; NYPD OFFICER PAUL
COZZOLINO; NYPD OFFICER DERRICK WRIGHT;
NYPD SERGEANT JUDY DURAN; NYPD OFFICER
JOVAN HALL; NYPD SERGEANT JOSE CORDERO;
NYPD OFFICER JEAN SANTIAGO; NYPD OFFICER
FRANK ANNUNZIATA; NYPD SERGEANT DINO
VUCETOVIC; AND NYPD MEMBERS JOHN DOES
1-6,

                                                    Defendants.

-------------------------------------------------------------------------X

**NOTICE OF
APPEARANCE**

25-CV-8908 (LAK)

 

 

**PLEASE TAKE NOTICE** that **TORVARI WILLIAMS**, Assistant Corporation

Counsel, hereby appears as counsel of record on behalf of Steven Banks, Corporation Counsel of

the City of New York, attorney for defendant City of New York. I certify that I am admitted to

practice before this Court. All future notifications should be forwarded to the undersigned and

copied to ecf@law.nyc.gov.

Dated:    April 1, 2026
              New York, New York

**STEVEN BANKS**
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street, Room 3-155
New York, NY 10007
T: (212) 356-2557
E: Tovwilli@law.nyc.gov

By:        _s/_  *Torvari Williams*

              Torvari Williams
              *Assistant Corporation Counsel*
              Special Federal Litigation Division

cc:      *Counsel of Record* **(BY ECF)**