

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**TORVARI SADE WILLIAMS**
*Assistant Corporation Counsel*
Phone: (212) 356-2557
Fax: (212) 356-3509
Email: Tovwilli@law.nyc.gov

April 20, 2026

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Re:   Winston Guzman, et al., v. City of New York et al.,
>
>        25-CV-08908 (LAK)

Your Honor:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York, Derrick Wright, Jovan Hall, Jose Cordero, Jean Santiago, Frank Annunziata, and Dino Vucetovic in the above-referenced action.  I write with the consent of plaintiff's counsel, Regina Yu, Esq., from Cohen & Green, PLLC, to respectfully request a *nunc pro tunc* twenty-one day enlargement of time from April 17, 2026, to and including May 8, 2026, within which defendant Judy Duran may answer or otherwise respond to the Complaint. This is the second request for an enlargement of time.

By way of background, plaintiff claims, *inter alia*, that he was subjected to false arrest and excessive force on July 28, 2024. In addition to the City of New York, plaintiff name Police Officers Paul Cozzolino, Derrick Wright, Judy Duran, Jovan Hall, Jose Cordero, Jean Santiago, Frank Annunziata, Dino Vucetovic, and unidentified police officers as defendants. Upon information and belief, and based on a review of the Civil Docket Sheet, defendant Judy Duran was served with the Summons and Complaint on December 3, 2025 (Docket No.8). Due to unforeseen circumstances, a decision concerning this Office's representation of Officer Judy Duran, has not yet been made.

Because plaintiff has not filed a motion for a default judgment, this request should be treated as a request for an extension of time to answer pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.  (See e.g., Olivieri v. Waldbaum, Inc., No. CV 2012-1195 (SLT), 2014 U.S. Dist. LEXIS 66406, at *2 (E.D.N.Y. May 14, 2014) ("See e.g., Alli v. Steward-Bowden, 2012 U.S. Dist. LEXIS 122996, 2012 WL 3711581, at *3 (S.D.N.Y. August 24, 2012) (finding that a late answer filed prior to default being entered was appropriately analyzed filed under Rule 6")).  Rule 6(b) of the Federal Rules of Civil Procedure "allows the Court to extend the deadline to file an Answer 'for good cause,' which is . . . a discretionary decision."   Turner v. City of N.Y., 14 Civ. 7236 (RWS), 2015 U.S. Dist. LEXIS 61612, at *2 (S.D.N.Y. May 8, 2015). "Good cause is usually not difficult to show, and: an application for the enlargement of time under Rule 6(b)(1) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." Rankin v. City of Niagara Falls, 293 F.R.D. 375, 390 (W.D.N.Y. 2013) (internal quotation marks and citation omitted), aff'd 569 F. App'x 25, 2014 U.S. App. LEXIS 10903 (2d Cir. 2014). To that end, "the Second Circuit 'has expressed on numerous occasions its preference that litigation disputes be resolved on the merits, not by default.'"   Luo v. Baldwin Union Free Sch. Dist., No. 12-CV-3073(JS)(AKT), 2014 U.S. Dist. LEXIS 112086, at *8 (E.D.N.Y. Aug. 12, 2014) (citations omitted).

Lastly, the undersigned sincerely apologizes to the Court that this request for an enlargement is not at least two-days prior to the scheduled matter pursuant to the Court's Individual Rules of Practice. This office anticipated resolving representation determinations before the April 17, 2026 deadline for defendants to respond to the complaint; however, due to unforeseen circumstances, the representation determination for defendant Judy Duran remains ongoing.

Accordingly, and for the reasons set forth above, defendants, respectfully request a *nunc pro tunc* extension of time for defendant Duran to Answer or otherwise respond to the Complaint.

Thank you for your consideration herein.

Very truly yours,

_/s/___Torvari Williams_____

**Torvari Williams**
*Assistant Corporation Counsel*

cc:   **VIA ECF**
Counsels of Records (By ECF)

- 2 -