

# MEMORANDUM ENDORSEMENT

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2026
```

**TORVARI SADE WILLIAMS**
*Assistant Corporation Counsel*
Phone: (212) 356-2557
Fax: (212) 356-3509
Email: Tovwilli@law.nyc.gov

April 20, 2026

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  Winston Guzman, et al., v. City of New York et al.,

25-CV-08908 (LAK)

Your Honor:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York, Derrick Wright, Jovan Hall, Jose Cordero, Jean Santiago, Frank Annunziata, and Dino Vucetovic in the above-referenced action. I write with the consent of plaintiff's counsel, Regina Yu, Esq., from Cohen & Green, PLLC, to respectfully request a *nunc pro tunc* twenty-one day enlargement of time from April 17, 2026, to and including May 8, 2026, within which defendant Judy Duran may answer or otherwise respond to the Complaint. This is the second request for an enlargement of time.

By way of background, plaintiff claims, *inter alia*, that he was subjected to false arrest and excessive force on July 28, 2024. In addition to the City of New York, plaintiff name Police Officers Paul Cozzolino, Derrick Wright, Judy Duran, Jovan Hall, Jose Cordero, Jean Santiago, Frank Annunziata, Dino Vucetovic, and unidentified police officers as defendants. Upon information and belief, and based on a review of the Civil Docket Sheet, defendant Judy Duran was served with the Summons and Complaint on December 3, 2025 (Docket No.8). Due to unforeseen circumstances, a decision concerning this Office's representation of Officer Judy Duran, has not yet been made.

**GRANTED**

SO ORDERED

*[signature]* USDJ
4/20/26