

**Regina Yu <regina@femmelaw.com>**

## Winston Guzman, 25-cv-8908, Proposed FAC

**Williams, Torvari (LAW)** <Tovwilli@law.nyc.gov>                    Fri, Aug 7, 2026 at 11:19 AM
To: Nayantara Bhushan <nayantara@femmelaw.com>
Cc: remy green <remy@femmelaw.com>, Regina Yu <regina@femmelaw.com>, "Williams, Torvari (LAW)" <Tovwilli@law.nyc.gov>

The attached FAC looks fine. Thanks.

[Quoted text hidden]