AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
#### for the
### Southern District of New York ▾

| | |
|---|---|
| Winston Guzman | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| | ) |
| THE CITY OF NEW YORK; NYPD OFFICER PAUL COZZOLINO; NYPD OFFICER DERRICK WRIGHT; NYPD SERGEANT JUDY DURAN; NYPD OFFICER JOVAN HALL; NYPD SERGEANT JOSE CORDERO; NYPD OFFICER JEAN SANTIAGO; NYPD OFFICER FRANK ANNUNZIATA; NYPD SERGEANT DINO VUCETOVIC; NYPD OFFICER BETTINA DEMOSTHENES; NYPD OFFICER HAROLD THOMPSON; NYPD OFFICER MELVIN PONCE; AND NYPD MEMBERS JOHN DOES 1-5, | ) |
| *Defendant(s)* | ) |

Civil Action No. 25-cv-8908

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Regina Yu
Cohen & Green PLLC
1639 Centre St. Suite 216
Ridgewood, NY 11385
regina@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                 *Signature of Clerk or Deputy Clerk*

**Summons Rider**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NYPD Officer Bettina Demosthenes**

77th Precinct
127 Utica Ave
Brooklyn, NY 11213

**NYPD Sergeant Harold Thompson**

Training Bureau
1 Police Plaza Room 110a
New York, NY 10038

**NYPD Officer Melvin Ponce (Shield 9483)**

77th Precinct
127 Utica Ave
Brooklyn, NY 11213