UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**
WINSTON GUZMAN
**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

## AFFIRMATION OF SERVICE

**Index No:**
**25-CV-08908**

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Thu, Aug 20 2026 AT 09:19 AM AT ONE POLICE PLAZA, NEW YORK, NY 10038 deponent served the within summons and first amended verified complaint and Lewis A kaplan individual rules and local rules of THE UNITED STATES SOUTHERN AND EASTERN DISTRICTS OF NEW YORK on NYPD SERGEANT HAROLD THOMPSON

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** ________________ a defendant, therein named, by delivering a true copy of each to ________________ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be ________________ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Paa Petit a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, ONE POLICE PLAZA, NEW YORK, NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Thu, Aug 20 2026.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45 Ethnicity: Caucasian Gender: Female Weight: 180
Height: 5'3" Hair: Blond Eyes: Brown Relationship: Co worker
Other

[signature]

Mitchell Raider
1450036

I affirm this 21 day of AUGUST, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK COUNTY OF

**Plaintiff / Petitioner:**
WINSTON GUZMAN
**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**

**Index No:**
**25-CV-08908**

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Fri, Aug 21 2026 AT 07:50 AM AT 127 Utica Avenue 77TH PCT, Brooklyn, NY 11213 deponent served the within summons and first amended verified complaint and Lewis A Kaplan individual rules and Local Rules of the United States Southern and Eastern Districts of NEW YORK on NYPD OFFICER MELVIN PONCE

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** ________________ a defendant, therein named, by delivering a true copy of each to ________________ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be ________________ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Marin a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 127 Utica Avenue 77TH PCT, Brooklyn, NY 11213, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Fri, Aug 21 2026.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45 Ethnicity: Caucasian Gender: Male Weight: 250
Height: 5'9" Hair: Bald Eyes: Brown Relationship: Co worker
Other

Mitchell Raider
1450036

I affirm this 21 day of AUGUST, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**
WINSTON GUZMAN
**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

## AFFIRMATION OF SERVICE

**Index No:**
**25-CV-08908**

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Fri, Aug 21 2026 AT 07:55 AM AT 127 Utica Avenue 77TH PCT, Brooklyn, NY 11213 deponent served the within summons and first amended verified complaint ,Lewis A kaplan induvidual rules and local rules of the United States Southern and Eastern districts of new york on NYPD OFFICER BETTINA DEMOSTHENES

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** ____________ a defendant, therein named, by delivering a true copy of each to ____________ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be ____________ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Marin a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 127 Utica Avenue 77TH PCT, Brooklyn, NY 11213, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Fri, Aug 21 2026.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45 Ethnicity: Caucasian Gender: Male Weight: 250
Height: 5'9" Hair: Bald Eyes: Brown Relationship: Co worker
Other

Mitchell Raider
1450036

I affirm this 21 day of AUGUST, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.