UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------x

WINSTON GUZMAN,

Plaintiff,

- against -

THE CITY OF NEW YORK, et al.,

Defendants.

--------------------------------------x

NOTICE OF SUBSTITUTION OF COUNSEL

25-CV-08908 (LAK)

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Torvari S. Williams as counsel of record on behalf of defendants City of New York, Derrick Wright, Jovan Hall, Jose Cordero, Jean Santiago, Frank Annunziata, Dino Vucetovic, and Judy Duran:

Randy Nandlall
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, New York 10007
(212) 356-2356
rnandlal@law.nyc.gov

Please serve all papers and future notifications on the undersigned at the address set forth above and please terminate Torvari S. Williams from the docket as counsel of record for defendant City of New York and replace her with Randy Nandlall.

DATED: October 14, 2026
New York, New York

**STEVEN BANKS**
CORPORATION COUNSEL OF THE
CITY OF NEW YORK
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: /s/ Randy Nandlall
Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: *All Parties (via ECF)*