UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

WINSTON GUZMAN,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

---------------------------------------------------------------------- x

**DECLARATION IN SUPPORT OF NOTICE OF SUBSTITUTION OF COUNSEL**

No. 25-cv-8908 (LAK)

I, TORVARI S. WILLIAMS, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an Assistant Corporation Counsel at the New York City Law Department and, on behalf of Steven Banks, Corporation Counsel of the City of New York, I am presently counsel of record in this action.

2. I will be leaving the New York City Law Department on September 3, 2026, after which time I will have no involvement whatsoever in this matter.

3. The representation of City Defendants in this matter has been transferred to another attorney at the New York City Law Department, who is filing a Notice of Substitution of Counsel along with this Declaration.

4. Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the attached Notice of Substitution of Counsel.

Dated: New York, New York
August 30, 2026

Torvari Williams/s/
TORVARI S. WILLIAMS